# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-20-00434-CV

### Texas Department of Public Safety, Appellant

### v.

### C. W., Appellee

### FROM THE 147TH DISTRICT COURT OF TRAVIS COUNTY
### NO. D-1-EX-20-000091, THE HONORABLE CLIFFORD A. BROWN, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

We abated this appeal on February 15, 2022, on the parties' joint motion to await a Texas Supreme Court decision on what the parties described as the same issue as that raised in this case. Based on the Texas Supreme Court's opinion in *Ex Parte K.T.*, No. 20-0977, 2022 WL 1510329 (Tex. May 13, 2022), Appellant Texas Department of Public Safety has moved to dismiss its appeal.

We grant the motion and dismiss this appeal.

_____

Darlene Byrne, Chief Justice

Before Chief Justice Byrne, Justices Baker and Smith

Dismissed on Appellant's Motion

Filed: June 8, 2022